ERIC D. DEAN, Bar No. 56854
GEORGE D. STRAGGAS, Bar No. 132231
TRACY L. ANIELSKI, Bar No. 140476
STRAGGAS DEAN LLP
8911 Research Drive
Irvine, California 92618
Telephone: (949) 660-9100
Facsimile: (949) 660-9144

Attorney for Creditor,
CELTIC BANK CORPORATION

FILED
SEP 16 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:       Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In Re | Case No. 2:16-bk-21734-BR |
|---|---|
| M.R.R. FABRIC, INC. | Chapter 7 |
| Debtor(s). | **DECLARATION OF ERIC DEAN IN OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND OTHER REQUIRED DOCUMENTS**<br><br>[NO HEARING REQUIRED] |

I, Eric Dean, declare and state:

1. I am a partner in the law firm of Straggas Dean, LLP, counsel for secured creditor, CELTIC BANK CORPORATION.

2. The Petition herein was filed on September 1, 2016. As early as July, 2016, counsel for Debtor, M.R.R. FABRIC, INC. ("Debtor"), notified me that the Debtor (and related Debtors, Rabin Arrehbori, Raymond Arrehbori, R2D Apparel, Inc., and Arrehbori Family, LLC) intended to file Chapter 7 proceedings.

3. A 341a hearing for Meeting of the Creditors is scheduled as to

-1-
OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

1  Debtor on September 30, 2016. Counsel for Debtor has requested an extension to
2  meet filing requirements until October 6, 2016, despite the Debtor previously
3  being ordered to meet such filing requirements by September 15, 2016.
4      4.  Debtor's Motion offers no explanation as to why Debtor could not
5  have met filing requirements by September 15, 2016, nor why Debtor cannot meet
6  all filing requirements sufficiently in advance of September 30, 2016 so that the
7  Chapter 7 Trustee, creditors and their counsel can review same in advance of the
8  scheduled 341a hearing.
9      I declare under penalty of perjury that the foregoing is true and correct and
10 was executed in Irvine, California on September 15, 2016.

*[signature]*

Eric Dean

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

STRAGGAS DEAN LLP
8911 Research Drive, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): _____

Declaration of Eric Dean in Opposition to Motion to Extend Time to File Schedules

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/15/2016 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Debtor's Counsel: CHARLES SHAMASH - cs@locs.com
   Trustee: HEIDE KURTZ - trustee@hkurtzco.com
   US Trustee: Los Angeles - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/15/2016 | Sarah Borghese | _/s/ Sarah Borghese_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-3.1.PROOF.SERVICE