Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Charles Shamash**
**Caceres & Shamash, LLP**
**8200 Wilshire Boulevard**
**Suite 400**
**Beverly Hills, CA 90211**
**(310) 205-3400 Fax: (310) 878-8308**
**178110**
**cs@locs.com**
*Attorney for:* Debtor

CASE NO.: **2:16-bk-21734 BR**

CHAPTER: **7**

ADVERSARY NO.:
(if applicable)

In re:

**M.R.R. Fabric, Inc.**

Debtor(s).

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

**[LBR 1002-1(f)]**

| | | | |
|---|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: | **10/6/2016** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☑ | Other *(specify):* **completed filing** | Date Filed: | **10/6/2016** |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**October 6, 2016**
Date:

Signature (handwritten) of authorized signatory of Filing Party

**Rabin Arrehbori**
Printed name of authorized signatory of Filing Party

**Designated Party**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**October 6, 2016**
Date:

Signature (handwritten) of attorney for Filing Party

**Charles Shamash 178110**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

**Fill in this information to identify the case:**

Debtor name  **M.R.R. Fabric, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-21734 BR**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October  6, 2016**          X **/s/ Rabin Arrehbori**
                                            Signature of individual signing on behalf of debtor

                                            **Rabin Arrehbori**
                                            Printed name

                                            **Designated Party**
                                            Position or relationship to debtor

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | **Summary of Assets** |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $     **1,500.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $     **1,500.00**

| Part 2: | **Summary of Liabilities** |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$     **5,520,764.86**

4.   **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b        $     **5,520,764.86**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **1995 Chevy Truck<br>> 150,000 miles<br>** probably subject to UCC but not taken<br>by Celtic** | $0.00 | Comparable sale | $1,500.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $1,500.00 |
|---|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.     **Notes receivable**
    Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **\*\* ALL assets subject to UCC lien of Celtic that have been provided all inventory and recievables that were previously taken to storage after eviction.**                                                                                 **Unknown**

78.     **Total of Part 11.**                                                                                            **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,500.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Part 1:</strong>   List Creditors Who Have Secured Claims</td><td>Column A</td><td>Column B</td></tr>
<tr><td colspan="2">2. <strong>List in alphabetical order all creditors who have secured claims.</strong> If a creditor has more than one secured claim, list the creditor separately for each claim.</td><td><strong>Amount of claim</strong><br>Do not deduct the value of collateral.</td><td><strong>Value of collateral that supports this claim</strong></td></tr>
</table>

| 2.1   **Celtic Bank Corporation** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|
| Creditor's Name | **All assets** | | |
| **268 S. State Street** | | | |
| **Suite L 300** | | | |
| **Salt Lake City, UT 84111** | Describe the lien | | |
| Creditor's mailing address | **Non-Purchase Money Security** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$0.00**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |

Debtor name **M.R.R. Fabric, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:16-bk-21734 BR**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Employment Development Department**<br>**P.O. Box 826806**<br>**Bankruptcy Group MIC 92E**<br>**Sacramento, CA 94206-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Franchise Tax Board**<br>**P.O. Box 1673**<br>**Bankruptcy Unit**<br>**Sacramento, CA 95812** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **M.R.R. Fabric, Inc.** | Case number (if known) | **2:16-bk-21734 BR** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Centralizied Bankruptcy**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,404.38 |
|---|---|---|---|
| | **Attorney Recovery Systems, Inc**<br>**18757 Burbank Boulevard**<br>**Unit 300**<br>**Tarzana**<br>**Tarzana, CA 91356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **collection account** | |
| | Last 4 digits of account number **2192** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,932.39 |
|---|---|---|---|
| | **Atwell Curtis & Brooks Ltd.**<br>**204 Stonehinge Lane**<br>**P.O. Box 363**<br>**Carle Place, NY 11514-0363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **collection account** | |
| | Last 4 digits of account number **CIT** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.05 |
|---|---|---|---|
| | **Avery Dennison**<br>**15178 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **collection account** | |
| | Last 4 digits of account number **9919** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480,000.00 |
|---|---|---|---|
| | **Bonded Apparel, Inc.**<br>**800 McGarry Street**<br>**5th Floor**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2015** | Basis for the claim: **lawsuit settlement** | |
| | Last 4 digits of account number **4406** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,000.00 |
|---|---|---|---|
| | **Call & Jensen**<br>**610 Newport Center Drive**<br>**Suite 700**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **attorneys fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,257,787.94 |
|-----|---|---|---|

**Celtic Bank Corporation**
**268 S. State Street**
**Suite L 300**
**Salt Lake City, UT 84111**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|-----|---|---|---|

**City of Los Angeles Finance**
**200 N. Spring Street**
**Room 1225 City Hall**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  municipal taxes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|-----|---|---|---|

**Continental Logistic Services, Inc.**
**800-850 W. Artesia Bouelvard**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Basis for the claim:  storage company used for storage of material -
estimated debt

Last 4 digits of account number  7103

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|-----|---|---|---|

**Dibas, LLC**
**1016 E 14th Place**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  landlord eviction

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|---|---|---|

**Division of Labor Standards Enf**
**320 W. Fourth Street**
**Room 450**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  labor claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|---|---|---|

**EDD Socal Authorization**
**P.O. Box 19009**
**San Bernardino, CA 92423-9009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  tax employee claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|---|---|---|

**Eric D. Dean, Esq.**
**8911 Research Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,175.00** |

**Euler Hermes Collections**
**800 Red Brook Boulevard**
**Suite 400C**
**Owings Mills, MD 21117**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,445.26** |

**Fabric Selection, Inc.**
**800 E. 14th Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred  **2016**
Last 4 digits of account number  **8962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |

**Firouzeh Simab, Esq.**
**2800 28th Street**
**Suite 328**
**Santa Monica, CA 90405**

Date(s) debt was incurred _
Last 4 digits of account number  **Rahimian**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,575,000.00** |

**George Washington Lending, Inc.**
**660 Sacramento Street**
**Suite 201**
**San Francisco, CA 94111**

Date(s) debt was incurred _
Last 4 digits of account number  **2100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **listed as a precaution -- debt of LLC on property - potential cross liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**I.O.U International, Inc.**
**109 South St. Andrews Place**
**Number 3**
**Los Angeles, CA 90004**

Date(s) debt was incurred  **2016**
Last 4 digits of account number  **MRR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **copyright case and claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499,639.81** |

**Jacqueline N. Anker, Esq.**
**27 West Anapuma Street**
**Unit 325**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  **2016**
Last 4 digits of account
number  **Southwest Trade Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Larry C. Jones, Esq.**
**101 South Tryon Street**
**Suite 4000**
**Charlotte, NC 28280-4000**

Date(s) debt was incurred _
Last 4 digits of account number  **TJX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **copyright claimants**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,472.39 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**Marlin Leasing Corporation**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-------|

**Medici Textile, Inc.**
**1665 Mateo Street**
**2nd Floor**
**Los Angeles, CA 90021**

Date(s) debt was incurred __2016__
Last 4 digits of account number __R2D__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __collection account business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Meridian Textiles, Inc.**
**6415 Canning Street**
**Los Angeles, CA 90040**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __settlement of copyright claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Minx International, Inc.**
**752 S. San Pedro Street**
**Los Angeles, CA 90014**

Date(s) debt was incurred __2013__
Last 4 digits of account number __7psg__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __copyright litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-------------|

**Moosa Lari**
**1734 Coldwater Canyon**
**Beverly Hills, CA 90210**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __listed as a precaution -- debt of LLC on property -- potential cross liability__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Neman Brothers & Associates, Inc.**
**1525 S. Broadway**
**Los Angeles, CA 90015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ongoing copyright issues__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Pacific Continental Textiles, Inc.**
**18737 S. Reyes Avenue**
**Compton, CA 90221**

Date(s) debt was incurred __
Last 4 digits of account number __7664__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __copyright issues__

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.45** |
|---|---|---|---|
| | **Progressive Management Systems**<br>**P.O. Box 2220**<br>**West Covina, CA 91793-9917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>collection account</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |
|---|---|---|---|
| | **Ray Davis**<br>**244 South Robertson Boulevard**<br>**Beverly Hills, CA 90211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>listed as a precaution -- debt of LLC on property -</u><br><u>potential cross liability</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,866.70** |
|---|---|---|---|
| | **RMS**<br>**P.O. Box 361136**<br>**Columbus, OH 43236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>collection account</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700,000.00** |
|---|---|---|---|
| | **Sionit Neman**<br>**1818 Pelham Avenue**<br>**Apartment 107**<br>**Los Angeles**<br>**Los Angeles, CA 90025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>listed as a precaution -- debt of LLC on property -</u><br><u>potential cross liability</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.49** |
|---|---|---|---|
| | **Transworld Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>collection account</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Urban Textile, Inc.**<br>**5075 S. Santa Fe Avenue**<br>**Los Angeles, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  <u>2013</u> | Basis for the claim:  <u>litigation copyright matters</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Aaron L. Renfro, Esq.**<br>**610 Newport Center Drive**<br>**Suite 700**<br>**Newport Beach, CA 92660** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bill Weintraul**<br>**1800 Century Park East**<br>**7th Floor**<br>**Los Angeles, CA 90067** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **C. Yong Jeong, Esq.**<br>**1055 West 7th Street**<br>**Suite 2280**<br>**Los Angeles, CA 90017** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Bankruptcy Section, MS: A-340**<br>**Sacramento, CA 95812-2952** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Franchise Tax Board**<br>**P.O. Box 1720, MS: A-260**<br>**c/o General Counsel Section**<br>**Rancho Cordova, CA 95741-1720** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Fred Mashian**<br>**9255 Sunset Boulevard**<br>**Suite 630**<br>**West Hollywood, CA 90069** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Fred Mashian**<br>**9255 Sunset Boulevard**<br>**Suite 630**<br>**West Hollywood, CA 90069** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Joseph P. Graziano, Esq.**<br>**18757 Burbank Boulevard**<br>**Suite 300**<br>**Tarzana, CA 91356** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Michael C. Baum, Esq.**<br>**1840 Century Park East**<br>**17th Floor**<br>**Los Angeles, CA 90067** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Mirit Neman**<br>**1875 Century Park East**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Neman Brothers Apparel Group, Inc.**<br>**4519 South Everett Avenue**<br>**Los Angeles, CA 90058** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Nico N. Tabibi, Esq.**<br>**9454 Wilshire Boulevard**<br>**Penthouse**<br>**Beverly Hills, CA 90212** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Poetry Corporation**<br>**2111 Long Beach Avenue**<br>**Los Angeles, CA 90058** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Rebecca Hufford Cohen, Esq.**<br>**433 N. Camden Drive**<br>**Suite 600**<br>**Beverly Hills, CA 90210** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Richard P. Keavney, Esq.**<br>**3828 Carson Street**<br>**Suite 100**<br>**Torrance, CA 90503** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Robert W. Blanchard**<br>**800 Silverado Street**<br>**Second Floor**<br>**La Jolla, CA 92037** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Rosita Neman**<br>**721 N. Rodeo Drive**<br>**Beverly Hills, CA 90210** | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Roy A. Levun, Esq.**<br>**1742 Flowerdale Street**<br>**Simi Valley, CA 93063** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Sepehr Daghighian, Esq.**<br>**433 North Camden Drive**<br>**Fourth Floor**<br>**Beverly Hills, CA 90210** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Southwest Trade Services, Inc.**<br>**20 Pacifica**<br>**Suite 360**<br>**Irvine, CA 92618** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Stephen M. Doniger, Esq.**<br>**603 Rose Avenue**<br>**Venice, CA 90291** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Stephen M. Doniger, Esq.**<br>**300 Corporate Pointe**<br>**suite 355**<br>**Culver City, CA 90230** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Steve Wasserman**<br>**5567 Reseda Boulevard**<br>**Tarzana, CA 91356** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **US Attorney's Office Civil Process**<br>**300 North Los Angeles Street**<br>**Federal Builiding Room 7516**<br>**Los Angeles, CA 90012** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | M.R.R. Fabric, Inc. | Case number (if known) | 2:16-bk-21734 BR |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.25 **USDOJ Attorney General**<br>**P.O. Box 683**<br>**Ben Franklin Station**<br>**Washington, DC 20044** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |

---

<table>
<tr><td colspan="3"><strong>Part 4:</strong></td><td colspan="3"><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,520,764.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,520,764.86 |

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**         *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City ____ State ____ Zip Code ____ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City ____ State ____ Zip Code ____ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City ____ State ____ Zip Code ____ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City ____ State ____ Zip Code ____ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name  **M.R.R. Fabric, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-21734 BR**

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $10,600,694.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Celtic Bank Corporation**<br>**268 S. State Street**<br>**Suite L 300**<br>**Salt Lake City, UT 84111** | **all assets pursuant to writ and UCC** | **2016** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">**Part 3:**</div>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Various suits involving debtor and related parties -- Scheduled Parties - as difficult to determine times** | **Collection, copyright/tradema rk and unlawful detainer actions** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Celtic Bank Corporation**<br>**268 S. State Street**<br>**Suite L 300**<br>**Salt Lake City, UT 84111** | **all assets pursuant to writ and UCC stipulation** | **$0.00** |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

<div style="background:black;color:white">**Part 4:**</div>   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. **Caceres & Shamash, LLP**<br>**8200 Wilshire Bouelvard,**<br>**Suite 400**<br>**Beverly Hills, CA 90211** | | | **$3,250.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2826 East 12th Street**<br>**Los Angeles, CA 90023** | **April 2016** |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wilshire Bank** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016 after assets turned over** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Continental Logistic Services, Inc. 800-850 W. Artesia Bouelvard Compton, CA 90220** | ** believed Celtic has taken posession | merchandise of MRR and R2D | ☐ No ■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|---|---|

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rabin Arrehbori** | **237 South Wetherly Drive**<br>**Beverly Hills, CA 90211** | | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Raymond Arrehbori** | **237 South Wetherly**<br>**Beverly Hills, CA 90211** | | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __October  6, 2016_____

__/s/ Rabin Arrehbori_____          __Rabin Arrehbori_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __Designated Party_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Central District of California

In re **M.R.R. Fabric, Inc.**

Debtor(s)

Case No. **2:16-bk-21734 BR**

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,250.00 |
| Prior to the filing of this statement I have received | $ | 3,250.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 6, 2016**

*Date*

**/s/ Charles Shamash**

**Charles Shamash 178110**
*Signature of Attorney*
**Caceres & Shamash, LLP**
**8200 Wilshire Boulevard**
**Suite 400**
**Beverly Hills, CA 90211**
**(310) 205-3400  Fax: (310) 878-8308**
**cs@locs.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Charles Shamash**
**8200 Wilshire Boulevard**
**Suite 400**
**Beverly Hills, CA 90211**
**(310) 205-3400 Fax: (310) 878-8308**
California State Bar Number: 178110
cs@locs.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

      **M.R.R. Fabric, Inc.**

CASE NO.: **2:16-bk-21734 BR**

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __October  6, 2016__

**/s/ Rabin Arrehbori**
Siganture of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __October  6, 2016__

**/s/ Charles Shamash**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

M.R.R. Fabric, Inc.
237 South Wetherly Drive
Beverly Hills, CA 90211


Charles Shamash
Caceres & Shamash, LLP
8200 Wilshire Boulevard
Suite 400
Beverly Hills, CA 90211


Aaron L. Renfro, Esq.
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660


Attorney Recovery Systems, Inc
18757 Burbank Boulevard
Unit 300
Tarzana
Tarzana, CA 91356


Atwell Curtis & Brooks Ltd.
204 Stonehinge Lane
P.O. Box 363
Carle Place, NY 11514-0363


Avery Dennison
15178 Collections Center Drive
Chicago, IL 60693


Bill Weintraul
1800 Century Park East
7th Floor
Los Angeles, CA 90067


Bonded Apparel, Inc.
800 McGarry Street
5th Floor
Los Angeles, CA 90021

```
C. Yong Jeong, Esq.
1055 West 7th Street
Suite 2280
Los Angeles, CA 90017


Call & Jensen
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660


Celtic Bank Corporation
268 S. State Street
Suite L 300
Salt Lake City, UT 84111


City of Los Angeles Finance
200 N. Spring Street
Room 1225 City Hall
Los Angeles, CA 90012


Continental Logistic Services, Inc.
800-850 W. Artesia Bouelvard
Compton, CA 90220


Dibas, LLC
1016 E 14th Place
Los Angeles, CA 90021


Division of Labor Standards Enf
320 W. Fourth Street
Room 450
Los Angeles, CA 90013


EDD Socal Authorization
P.O. Box 19009
San Bernardino, CA 92423-9009
```

Employment Development Department
P.O. Box 826806
Bankruptcy Group MIC 92E
Sacramento, CA 94206-0001


Eric D. Dean, Esq.
8911 Research Drive
Irvine, CA 92618


Euler Hermes Collections
800 Red Brook Boulevard
Suite 400C
Owings Mills, MD 21117


Fabric Selection, Inc.
800 E. 14th Street
Los Angeles, CA 90021


Firouzeh Simab, Esq.
2800 28th Street
Suite 328
Santa Monica, CA 90405


Franchise Tax Board
P.O. Box 1673
Bankruptcy Unit
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 2952
Bankruptcy Section, MS: A-340
Sacramento, CA 95812-2952


Franchise Tax Board
P.O. Box 1720, MS: A-260
c/o General Counsel Section
Rancho Cordova, CA 95741-1720

Fred Mashian
9255 Sunset Boulevard
Suite 630
West Hollywood, CA 90069


George Washington Lending, Inc.
660 Sacramento Street
Suite 201
San Francisco, CA 94111


I.O.U International, Inc.
109 South St. Andrews Place
Number 3
Los Angeles, CA 90004


Internal Revenue Service
P.O. Box 7346
Centralizied Bankruptcy
Philadelphia, PA 19101-7346


Jacqueline N. Anker, Esq.
27 West Anapuma Street
Unit 325
Santa Barbara, CA 93101


Joseph P. Graziano, Esq.
18757 Burbank Boulevard
Suite 300
Tarzana, CA 91356


Larry C. Jones, Esq.
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000


Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Medici Textile, Inc.
1665 Mateo Street
2nd Floor
Los Angeles, CA 90021


Meridian Textiles, Inc.
6415 Canning Street
Los Angeles, CA 90040


Michael C. Baum, Esq.
1840 Century Park East
17th Floor
Los Angeles, CA 90067


Minx International, Inc.
752 S. San Pedro Street
Los Angeles, CA 90014


Mirit Neman
1875 Century Park East
Suite 1700
Los Angeles, CA 90067


Moosa Lari
1734 Coldwater Canyon
Beverly Hills, CA 90210


Neman Brothers & Associates, Inc.
1525 S. Broadway
Los Angeles, CA 90015


Neman Brothers Apparel Group, Inc.
4519 South Everett Avenue
Los Angeles, CA 90058

Nico N. Tabibi, Esq.
9454 Wilshire Boulevard
Penthouse
Beverly Hills, CA 90212


Pacific Continetal Textiles, Inc.
18737 S. Reyes Avenue
Compton, CA 90221


Poetry Corporation
2111 Long Beach Avenue
Los Angeles, CA 90058


Progressive Management Systems
P.O. Box 2220
West Covina, CA 91793-9917


Ray Davis
244 South Robertson Boulevard
Beverly Hills, CA 90211


Rebecca Hufford Cohen, Esq.
433 N. Camden Drive
Suite 600
Beverly Hills, CA 90210


Richard P. Keavney, Esq.
3828 Carson Street
Suite 100
Torrance, CA 90503


RMS
P.O. Box 361136
Columbus, OH 43236

Robert W. Blanchard
800 Silverado Street
Second Floor
La Jolla, CA 92037


Rosita Neman
721 N. Rodeo Drive
Beverly Hills, CA 90210


Roy A. Levun, Esq.
1742 Flowerdale Street
Simi Valley, CA 93063


Sepehr Daghighian, Esq.
433 North Camden Drive
Fourth Floor
Beverly Hills, CA 90210


Sionit Neman
1818 Pelham Avenue
Apartment 107
Los Angeles
Los Angeles, CA 90025


Southwest Trade Services, Inc.
20 Pacifica
Suite 360
Irvine, CA 92618


Stephen M. Doniger, Esq.
603 Rose Avenue
Venice, CA 90291


Stephen M. Doniger, Esq.
300 Corporate Pointe
suite 355
Culver City, CA 90230

Steve Wasserman
5567 Reseda Boulevard
Tarzana, CA 91356


Transworld Systems
507 Prudential Road
Horsham, PA 19044


Urban Textile, Inc.
5075 S. Santa Fe Avenue
Los Angeles, CA 90058


US Attorney's Office Civil Process
300 North Los Angeles Street
Federal Builiding Room 7516
Los Angeles, CA 90012


USDOJ Attorney General
P.O. Box 683
Ben Franklin Station
Washington, DC 20044